IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICKI D. JENKINS,

    Plaintiff,

vs.

Case No. C2-04-720
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

HYUNDAI MOTOR FINANCING CO.,

    et al.,

    Defendants.

## DOCKET ADMINISTRATION ORDER

The parties have reached a compromise in this case, and are in the process of preparing appropriate documents related to the class settlement for filing. For purposes of docket administration only, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. Should the settlement in this class action fail for any reason, the Court will reactivate the case.

**IT IS SO ORDERED.**

_3-31-2009_
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE